

*Court Of Appeals*

*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★ ★ ★ ★

**MEMORANDUM OPINION**

No. 04-08-00665-CV

**IN THE ESTATE OF REYNOL RAMOS, JR.**

From the Probate Court No. 1, Bexar County, Texas
Trial Court No. 2007-PC-0109
Honorable John D. Hutchinson, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Karen Angelini, Justice
             Marialyn Barnard, Justice

Delivered and Filed:   January 21, 2009

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief, which was due on December 5, 2008, has not been filed. On December 10, 2008, this court ordered appellant to show cause in writing by December 29, 2008, why this appeal should not be dismissed for want of prosecution. Appellant did not respond. The appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

PER CURIAM